UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHAPA, BLANCA | ) | Case No. 08-08928-PHX RTB |
| CHAPA, LIONEL V | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 -2 | CREDIT UNION WEST<br>P.O. BOX 7600<br>Glendale, AZ 85312-7600 | $0.39 |
| 2 -2 | CREDIT UNION WEST<br>P.O. BOX 7600<br>Glendale, AZ 85312-7600 | $0.22 |
| 7 | Verizon Wireless West<br>PO Box 3397<br>Bloomington, IL 61702 | $0.05 |
| 8 | ARIZONA FEDERAL CREDIT UNION<br>PO Box 60070<br>Phoenix, AZ 85082 | $0.40 |
| 9 | ARIZONA FEDERAL CREDIT UNION<br>PO Box 60070<br>Phoenix, AZ 85082 | $0.17 |
| 10 | American General Finance<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | $0.23 |
| 11 | DIRECT LOAN SERVICES | $1.01 |

PO BOX 5609
GREENVILLE, TX 75403-5609


January 24, 2011                    /s/ Jill H. Ford
        DATE                        JILL H. FORD, TRUSTEE